```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06272
   DENISE ALLEN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1574


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/06/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00           .00
AMERICAS SERVICING CO     CURRENT MORTG        .00            .00           .00
AMERICAS SERVICING CO     UNSECURED      NOT FILED           .00           .00
CITY OF CALUMET CITY      SECURED              .00            .00           .00
COOK COUNTY TREASURER     SECURED          6598.30            .00       1655.85
GMAC                      SECURED VEHIC        .00            .00           .00
GMAC                      UNSECURED      NOT FILED           .00           .00
AAA CHECKMATE LLC         UNSECURED         332.92            .00           .00
AARGON COLLECTION AGENCY  UNSECURED      NOT FILED           .00           .00
K MART                    UNSECURED      NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  UNSECURED      NOT FILED           .00           .00
BROTHER LOAN & FINANCE    UNSECURED        1490.20            .00           .00
CALUMET CITY CLERK        UNSECURED         379.76            .00         37.98
CREDIT COLLECTION SERVIC  UNSECURED      NOT FILED           .00           .00
FAIRLANE CREDIT LLC       UNSECURED      NOT FILED           .00           .00
SPRINT-NEXTEL CORP        UNSECURED         932.38            .00           .00
PREMIER BANKCARD          UNSECURED         384.45            .00           .00
FRANKLIN CAPITAL          UNSECURED       11499.01            .00           .00
ROSELAND COMMUNITY HOSPI  UNSECURED      NOT FILED           .00           .00
MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED           .00           .00
NATIONWIDE CREDIT CO      UNSECURED      NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED           .00           .00
NCO MEDCLR                UNSECURED      NOT FILED           .00           .00
NICOR GAS                 UNSECURED      NOT FILED           .00           .00
FINGERHUT                 UNSECURED         123.38            .00           .00
SINAI MEDICAL GROUP       UNSECURED      NOT FILED           .00           .00
SIR FINANCE               UNSECURED        1088.00            .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    3672.92            .00         359.34
AMERICAS SERVICING CO     MORTGAGE ARRE    1590.00            .00         155.54
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED         103.50            .00           .00
B-REAL LLC                UNSECURED        1359.80            .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 06272 DENISE ALLEN
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,484.00                    2,484.00
TOM VAUGHN                TRUSTEE                                       356.29
DEBTOR REFUND             REFUND                                        324.00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                    5,373.00

PRIORITY                                                 .00
SECURED                                             2,170.73
UNSECURED                                              37.98
ADMINISTRATIVE                                      2,484.00
TRUSTEE COMPENSATION                                  356.29
DEBTOR REFUND                                         324.00
                          ---------------     ---------------
TOTALS                     5,373.00                 5,373.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE